AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Duffy, Patrick M | U.S. District Court | 05/10/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Court Judge | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final | 01/01/2006 to 12/31/2006 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| P.O. Box 835<br>Charleston, SC 29402 | Reviewing Officer_____ Date_____ |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Psaras Foundation |
| 2. Director | Doonbeg Foundation |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 MAY 15 P 12: 58 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Duffy, Patrick M | 05/10/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | ████ self-employed health care consultant |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | U.S. District Court | May 02, 2006-May 05,206 - Expenses for travel, food and lodging for FJC educational seminar in Wasington, DC. |
| 2. | Psaras Foundation | May 18, 2006-May 21, 2006 - Expenses for travel, food and lodging for activity of professional/ civic association in Sante Fe, N.M. |
| 3. | South Carolina Trial Lawyers Association | August 03, 2006- August 06, 2006 - Expenses for travel, food and lodging for professional association in Hliton Head Isalnd, S.C. |
| 4. | South Carolina Defense Trial Lawyers Association | November 09,2006 - November 11, 2006 - Expenses for travel, foof and loding for professional association in Amelia Island, FL. |

| Name of Person Reporting | Date of Report |
|---|---|
| **Duffy, Patrick M** | 05/10/2007 |

5.  FJC and US District Court

November 12, 2006 - November 14, 2006 - Expenses for travel ,food and lodging for FJC educational seminar in Washington, DC.

| Name of Person Reporting | Date of Report |
|---|---|
| **Duffy, Patrick M** | 05/10/2007 |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffy, Patrick M | 05/10/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bank of America | Credit Line | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffy, Patrick M | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Edward Jones Money Market Fund | A | Interest | J | T | | | | | |
| 2. Edward Jones Money Market Fund | A | Interest | J | T | | | | | |
| 3. Edward Jones Money Market Fund | | Interest | J | T | | | | | |
| 4. EMC Corp | | None | J | T | | | | | |
| 5. General Electric Co | A | Dividend | J | T | | | | | |
| 6. Bond Fund of America CL A | A | Dividend | J | T | Buy | 05-16 | J | | |
| 7. Federal Home Loan Mort Corp | | None | J | T | Buy | 05-19 | J | | |
| 8. Time Warner Inc | A | Dividend | J | T | | | | | |
| 9. Wipro LTD Spons ADR | A | Dividend | J | T | | | | | |
| 10. Saturns AT&T Corp | | None | J | T | Sell | 02-10 | J | A | |
| 11. XM Satellite Radio Hldg Inc CL A | | None | | | Sell | 05-19 | J | A | |
| 12. Investment Co of AmericCL B | A | Dividend | J | T | | | | | |
| 13. Alcoa Inc | | None | | | Sell | 05-19 | J | A | |
| 14. Duke Energy Co | A | Dividend | J | T | | | | | |
| 15. Home Depot Inc | A | Dividend | J | T | | | | | |
| 16. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 17. Microsoft Corp | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffy, Patrick M | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. General Electric Co | A | Dividend | J | T | | | | | |
| 19. Thornburg Mortgage Inc | | None | | | Sell | 09-22 | J | A | |
| 20. Natl Wminister Bk PLC ADR PFD C | A | Dividend | J | T | | | | | |
| 21. Morgan Stanley Cap Trust V | | None | | | Sell | 09-22 | J | A | |
| 22. Bank of America Corp | A | Dividend | J | T | | | | | |
| 23. Citigroup Inc | A | Dividend | J | T | | | | | |
| 24. Clorox Co | A | Dividend | J | T | | | | | |
| 25. Pepsico Inc | A | Dividend | J | T | | | | | |
| 26. Emerson Electric Co | A | Dividend | J | T | | | | | |
| 27. Enron Corp | | None | J | T | | | | | |
| 28. LSI Logic Corp | | None | | | Sell | 05-19 | J | | |
| 29. Microsoft Corp | A | Dividend | J | T | | | | | |
| 30. Oppen Main Street Fund CL A | A | Dividend | J | T | | | | | |
| 31. Proctor & Gamble Co | A | Dividend | J | T | | | | | |
| 32. Putnam New Opport CL A | A | Dividend | J | T | | | | | |
| 33. Sun Microsystems Inc | | None | | | Sell | 05-19 | J | | |
| 34. I-26/78 Associate LLC 12/30/88 $60,000 | | None | L | R | | | | | |

1. Income Gain Codes: A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,000 - $25,000,000
3. Value Method Codes: P3 =$25,000,001 - $50,000,000  R =Cost (Real Estate Only)  P4 =More than $50,000,000  T =Cash Market
(See Column C2) Q =Appraisal  S =Assessment
U =Book Value  V =Other  W =Estimated

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| Land | | | | | | | | | |
| 35. Mass Mutual Annuity | | None | J | T | | | | | |
| 36. First Federal of Charleston | A | Interest | J | T | | | | | |
| 37. Bank of America | A | Interest | J | T | | | | | |
| 38. Asset Allocation Fund Inv | | None | J | T | | | | | |
| 39. Morgan Growth Fund Inv | A | Dividend | J | T | | | | | |
| 40. AIM Leisure Fund Inv Class | A | Dividend | J | T | | | | | |
| 41. AIM Tech Fund Investor Class | | None | J | T | | | | | |
| 42. Bond Fund of America CL A | A | Dividend | J | T | Buy | 05-16 | J | | |
| 43. Johnson & Johnson | A | Dividend | J | T | Buy | 11-09 | J | | |
| 44. Bond Fund of America CL A | A | Dividend | J | T | Buy | 05-16 | J | | |
| 45. XL Capital LTD Senior Note | A | Int./Div. | J | T | Buy | 09-19 | J | | |
| 46. Capital World Growth & Income | A | Dividend | J | T | Buy | 03-30 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature X ▆▆▆▆▆▆▆▆▆▆▆▆▆▆    Date X May 14, 2007

NOTE: ANY INDIVIDUAL WHO ▆▆▆▆▆▆▆▆▆▆ ES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544